# United States Court of Appeals

## For the First Circuit

No. 03-2032

ANGEL YUANES RIVERA-MARTINEZ,

Petitioner, Appellant,

v.

JOHN D. ASHCROFT, UNITED STATES ATTORNEY GENERAL,

Respondent, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge]

Before

Torruella, Circuit Judge,

Rosenn,* Senior Circuit Judge,

and Howard, Circuit Judge.

Emanuel Howard for petitioner-appellant.
Barry J. Pettinato, Senior Litigation Counsel, Office of Immigration Litigation, United States Department of Justice, with whom Peter D. Keisler, Assistant Attorney General, Civil Division, and David V. Bernal, Assistant Director, were on brief, for respondent-appellee.

November 4, 2004

---

*Of the United States Court of Appeals for the Third Circuit, sitting by designation.